IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:14-CR-233 |
| | ) | |
| v. | ) | |
| | ) | (Judge Jones) |
| COY CHRISTOPHER KLINGER, | ) | |
| | ) | |
| Defendant. | ) | (Electronically filed) |

FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America, the court finds:

A Preliminary Order of Forfeiture was entered on June 9, 2015, ordering the defendant to forfeit:

    a.    1999 Lexus GS4, VIN JT8BH68X1X0017792;

    b.    iPhone cell phone, serial number 358535052505719;

    c.    Samsung Galaxy cell phone, serial number 9900034513119590;

    d.    Dell desktop computer, serial number CNOUO3144294037P0167;

    e.    ASUS laptop computer, serial number B6N0AS28075024C; and

    f.    Nikon Coolpix camera, serial number 32016045.

All personal service was completed and notice of the Preliminary Order of Forfeiture was published on the government's internet forfeiture website.

All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than 30 days after the date of final publication of notice.

No petitions were filed within the thirty day period required by 21 U.S.C. § 853(n)(2). Therefore, any third-party interests are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

(1) All right, title and interest in the above-described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

(2) The United States is entitled to its costs herein;

(3) The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

(4)  The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 12th day of August, 2015.

_____
JOHN E. JONES III
U.S. DISTRICT JUDGE