IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 1:14-cr-233 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| COY CHRISTOPHER KLINGER, | : | |
| Defendant | : | |

# ORDER

### April 5, 2021

The Government shall file a response to the Defendant's Motion for Compassionate Release (Doc. 44) by or before April 23, 2021. The Defendant may file a reply by or before May 7, 2021.

s/ John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania