Prob.12d-MDPA (1/2014)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
PROBATION OFFICE

Request for Summons and Modification of Conditions or the Term of Supervision

**Name of Offender:**  Coy Christopher Klinger          **Docket Number:**  1:14CR00233-001

**Name of Sentencing Judicial Officer:**   John E. Jones III*
                                           United States District Judge

**Date of Original Sentence:**  October 14, 2015

**Original Offense(s):**   18 U.S.C. §§ 1591(a) and 1594(a), Sex Trafficking of Children, a Class A felony

**Original Sentence:**   120 months in prison
                         60 months supervised release
                         $100 special assessment (satisfied)

**Type of Supervision:**  Supervised Release

**Date Supervision Commenced:**  March 17, 2023          **Expected End Date:**  March 16, 2028

*On July 26, 2021, the case was reassigned to United States District Judge Christopher C. Conner

## PETITIONING THE COURT

☐ To extend the term of supervision for ___ month(s), for a total term of ___ month(s)
☒ To modify the conditions of supervision as follows:

9. You must not have direct contact with any child you know or reasonably should know to be under the age of 18 without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18 without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

10. While on an approved device which is monitored by the U.S. Probation Office, your use of the internet is limited to legitimate and necessary reasons such as employment, education, online shopping, and websites conveying essential information such as news, traffic, and weather or websites approved in advance by the probation officer.

11. You must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256), including any photograph, film, video, or computer-generated image or picture, whether made or

Coy Christopher Klinger
12D
Page 2

produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256).

## CAUSE

At the time of sentencing, the Court did not find that a restriction from contact with minors was required in this case. However, the Court determined that it was appropriate that Mr. Klinger attend sex offender treatment and follow the recommendations by the treatment provider.

On May 25, 2023, Coy Klinger submitted to an Adult Psychosexual Evaluation at Commonwealth Clinical Group, Harrisburg, PA. As a result of the evaluation, Mr. Klinger was recommended for outpatient sex offender counseling. It was noted by the evaluator that Mr. Klinger presented concerning cognitive distortions and did not demonstrate full accountability for his offense. It was also recommended that Mr. Klinger refrain from any unsupervised contact with minors until his sexual history had been thoroughly assessed and safety plans had been implemented.

In June 2023, Coy Klinger commenced his sex offender treatment at Commonwealth Clinical Group. As part of his treatment regimen, on December 1, 2023, Mr. Klinger submitted to a sexual history polygraph Report and was assessed as truthful. However, prior to the polygraph, he admitted to having sexual relations with another minor female not previously disclosed in treatment. On March 22, 2024, Mr. Klinger submitted to a denial polygraph examination, and exhibited consistent, significant and specific emotional disturbances to the relevant questions asked. Mr. Klinger demonstrated the greatest response to the question "Other than what you disclosed, did you solicit anyone to engage in prostitution after reasonably believing they were a minor in Dauphin County?"

On May 5, 2024, the Commonwealth Clinical Group sex offender treatment team submitted a progress report to the probation office on Coy Klinger. The report reflected the following:

> Additionally, Mr. Klinger's behavior in specialized treatment has demonstrated manipulation and triangulation of staff and probation. Mr. Klinger has manipulated treatment feedback between his group and individual counselors on several occasions in an effort to avoid accountability and treatment recommendations which include but are not limited to refraining from online sexual chatting, online solicitation of casual sex, online dating, taking job opportunities that place him at risk of minor contact, and unsupervised contact with minors.
>
> Mr. Coy Klinger has failed to make progress in treatment and he lacks personal accountability and insight regarding his deviant sexual behaviors. This along with his inability to successfully support his version of events using a therapeutic polygraph and documented uncharged hand on minor victims that this treatment team make the following recommendations to reduce the risk of harm to the community:

Coy Christopher Klinger
12D
Page 3

- Mr. Klinger should refrain from any unsupervised contact with minors.
- Mr. Klinger should refrain from taking any employment opportunities that place him at increased risk of having unsupervised contact with minors.
- Mr. Klinger should follow through with any and all safety protocols, restrictions and/or recommendations set forth by parole.

On May 10, 2024, a review of computer monitoring data revealed that Mr. Klinger visited the website Quora and viewed images and videos of adult pornography.

On May 15, 2024, the probation officer received a Warning Notice for Coy Klinger from his sex offender treatment team. The notice reflected that the subject admitted to utilizing pornography online through the website Quora and that he failed to disclose the information during his last group therapy session.

Mr. Klinger's admission to at least one uncharged minor victim and his continued violation of sex offender treatment rules raise serious concerns about the risk he may pose to the public. He also recently disclosed having a "friends with benefits" relationship with a woman who has a 12-year-old daughter. Modifying his conditions as requesting will provide Mr. Klinger with structure and accountability to address his specific criminogenic needs, and protect the public.

Mr. Klinger is unwilling to sign a Waiver of Hearing in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:


/S/ John E. Johnson,   May 28, 2024
Senior United States Probation Officer

Coy Christopher Klinger
12D
Page 4

**THE COURT ORDERS:**

☐ No action
☒ The issuance of a summons
☐ Other


/s/ Christopher C. Conner
--------
Christopher C. Conner
United States District Judge


May 28, 2024
--------
Date