# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No.1:14CR00233-001 |
| | (Judge Conner) |
| v. | |
| Coy Christopher Klinger, | |
| Defendant. | |

## ORDER

**AND NOW**, this 14th day of November 2024, **IT IS HEREBY ORDERED** that the following Additional Supervised Release Terms are added to the Judgment imposed on October 15, 2015, as follows:

> 9. You must not have any direct unsupervised contact with any child you know or reasonably should know to be under the age of 18 without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18 without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.
>
> 10. While on an approved device which is monitored by the U.S. Probation Office, your use of the internet is limited to legitimate and necessary reasons such as employment, education, online shopping, and websites conveying essential information such as news, traffic, and weather or websites approved in advance by the probation officer.
>
> 11. You must not view or possess any "visual depiction" (as defined in 18 U.S.C. § 2256), including any photograph, film, video, or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of "sexually explicit conduct" (as defined in 18 U.S.C. § 2256).

BY THE COURT:

/s/ Christopher C. Conner
_____
Christopher C. Conner
UNITED STATES DISTRICT JUDGE